22-mj-6296-MPK

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, Jason D. Costello, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since July 2004. I am assigned to the Boston Division of the FBI and serve as the Airport and Maritime Liaison Agent Coordinator for Boston Logan International Airport (BOS) and the Boston seaport, where I investigate violations of federal law in the airport environment and onboard aircraft, as well as onboard civilian vessels. In my capacity as an Maritime Liaison Agent, I work with other law enforcement agencies, including the Massachusetts State Police (MSP) and U.S. Customs Border Protection (USCBP). I also have received training in the investigation of sexual assault and related crimes.

2. I am currently involved in the investigation of a sexual assault of an adult male that was reported to have occurred in the early morning hours of August 30, 2022, aboard the Celebrity Summit Cruise Ship, a cruise ship that traveled from Iceland to Boston, Massachusetts. The sexual assault was reported to ship security on August 30, 2022. The cruise ship docked in Boston, Massachusetts, in the morning of August 31, 2022.

3. I make this affidavit in support of a criminal complaint charging Daniel Farias ("FARIAS"), YOB 1977, of Minnesota, with violating Title 18 United States Code, Section 2244(a)(2) (abusive sexual contact).

4. The statements contained in this affidavit are based in part on: victim and witness statements taken by ship security and the FBI on August 30 and 31, 2022; written reports about this investigation that I have received, directly or indirectly from other law enforcement or from ship security; surveillance footage provided by ship security; and my experience, training, and

background as a special agent for the FBI.

5. I am also aware that Title 18, United States Code, Chapter 109A, Section 2244(a)(2), provides that whoever "knowingly engages in or causes sexual contact with or by another person, if so to do would violate … section 2242 of this title had the sexual contact been a sexual act, shall be fined under this title, imprisoned not more than three years, or both." Title 18, United States Code, Section 2242(3), prohibits knowingly engaging in a sexual act with another person without that other person's consent.

6. I am aware that Title 18, United States Code, Section 2246 defines "sexual contact" to mean the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

7. I am aware that Title 18, United States Code, Section 7(8) defines the term "special maritime and territorial jurisdiction of the United States" to include "any foreign vessel during a voyage having a scheduled departure from or arrival in the United States with respect to an offense committed by or against a national of the United States."

8. I am aware that Title 18, United States Code, Section 3238 provides that "the trial of all offenses begun or committed upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, shall be in the district in which the offender…is arrested or is first brought[.]"

9. Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts I believe are necessary to establish the necessary foundation for the requested criminal complaint and warrant.

## PROBABLE CAUSE

10. The Celebrity Summit ("the vessel") is a cruise ship operated by Celebrity Cruises and owned by the Royal Caribbean Group. The vessel is flagged in Malta. The vessel makes regular port calls in Boston, Massachusetts, New York (via Bayonne, New Jersey) and Miami, Florida.

11. The vessel embarked passengers and began its current one-way voyage at Reykjavík, Iceland on August 19, 2022. The vessel's itinerary included port calls in Iceland, Greenland and Canada, with a scheduled arrival and disembarkation at Boston, Massachusetts on August 31, 2022. The vessel arrived as scheduled at Boston on the morning of August 31, 2022. Prior to arrival, security personnel requested law enforcement meet the vessel prior to disembarkation for a reported sexual assault that occurred at approximately 1:00 AM (ship's time) on August 30, 2022. The assault was reported to have been committed by a passenger against a crewmember.

12. The alleged victim (Victim 1)[1] is a 40-year-old male employed as a crewmember on the vessel. Victim 1 is a citizen and resident of a foreign country and possesses a valid U.S. visa. Victim 1 is authorized to live and work on the vessel for the term of his current contract.

13. On August 31, 2022, I interviewed Victim 1 onboard the vessel upon its arrival at Boston. According to Victim 1, between approximately 1:00am and 2:00am on August 30, 2022, he entered the mid-ship men's restroom on the 4th deck to clean the restroom. A male passenger was occupying one of the restroom stalls at that time. Victim 1 began wiping down the sinks and fixing the towels. The male passenger, whom Victim 1 had never seen before and whose identity

---

[1] Victim 1's identity is known to me but redacted here in the interest of his privacy.

he did not know, exited the stall and stood at the sink next to Victim 1. The male passenger was later identified through investigation as Daniel Farias ("FARIAS").

14.     According to Victim 1, while standing at the sink next to Victim 1, FARIAS began washing his hands and Victim 1 placed a towel on the counter next to the sink for FARIAS' use. As he did this, FARIAS placed his hand on top of Victim 1's hand and then rubbed his hand up Victim 1's forearm. Victim 1 pulled his arm away and said, "What are you doing?" In pulling away, Victim 1 was now facing FARIAS. Using both hands, FARIAS then grabbed Victim 1's penis over Victim 1's clothes. As he did this, FARIAS said, "I want to suck it." Victim 1 pulled away. FARIAS and Victim 1 were the only individuals in the bathroom at the time. While in the bathroom with FARIAS, Victim 1 did not smell alcohol on FARIAS, did not observe FARIAS to be unsteady on his feet, and FARIAS did not have slurred speech.

15.     According to Victim 1, FARIAS then asked Victim 1 if he was upset, to which Victim 1 said that he was. FARIAS then apologized and asked if Victim 1 was going to report what happened. Victim 1 told FARIAS that he would not report what happened, even though he intended to report the incident immediately. FARIAS left the restroom. Victim 1 followed and watched FARIAS go around a corner. Victim 1 then promptly notified his supervisor of what happened, who in turn notified security personnel. Victim 1 provided a statement to security personnel and identified a photograph of FARIAS as the person who assaulted him, as described below. During the interview with me, Victim 1 was visibly upset in describing the aforementioned incident to me.

16.     In connection with this investigation, I spoke with ship security personnel who advised me that upon receiving the report of the incident from Victim 1, they reviewed the vessel's security video and identified FARIAS. Security personnel then showed me the security video.

The video showed that at approximately 12:49am[2], FARIAS entered the restroom described by Victim 1. Victim 1 entered the restroom at approximately 1:11am. At approximately 1:24 AM, FARIAS exited the restroom followed shortly thereafter by Victim 1. FARIAS rounded a corner out of sight of the camera. Victim 1 watched FARIAS disappear from view. At approximately 1:28am, FARIAS entered cabin 8025, his registered room. At the time of the incident, the vessel was located in international waters at latitude 43°47.8 North and longitude 064°13.2 West. The closest point of land to this location is Port Joli, Nova Scotia, Canada at a distance of approximately 26 nautical miles.

17.     Security personnel observed that two males were assigned to cabin 8025. The vessel maintains a current photograph of each passenger. Of the two men assigned to cabin 8025, FARIAS, YOB 1977, matched the physical description of the person who was in the restroom with Victim 1 and who then entered cabin 8025. Security personnel then showed FARIAS' photograph to Victim 1 who identified FARIAS as the man who assaulted him.

18.     Later in the morning on August 30, 2022, security personnel interviewed FARIAS. Security personnel told FARIAS that a crew member had reported that FARIAS had grabbed his penis without consent in the restroom. FARIAS admitted that he was in the restroom but denied any memory of assaulting anyone. FARIAS advised that he had been intoxicated. FARIAS remembered that a crew member was in the restroom but stated that he could not remember what

---

[2] The time on the camera overlooking the entrance to the restroom showed a local time of 3:49 AM. Security personnel explained that this discrepancy was due to updating the system's time zones.

he looked like. FARIAS did, however, remember the crew member's country of origin.[3] FARIAS told security personnel that if he did anything he was sorry.

19. I have confirmed that FARIAS, YOB 1977, is a United States citizen who lives in Minnesota.

## CONCLUSION

20. Based on all of the foregoing, I submit that there is probable cause to believe that, on or about August 30, 2022, while in the special maritime and territorial jurisdiction of the United States, DANIEL FARIAS knowingly engaged in sexual contact with another person, to wit: Victim 1, and that sexual contact was without Victim 1's consent, and attempted to do so, in violation of Title 18 United States Code, Section 2244(a)(2).

/s/ Jason D. Costello
_____
Jason D. Costello
Special Agent, FBI

Sworn to telephonically before me on this 31st day of August, 2022.

_____
Hon. M. Page Kelley
Chief United States Magistrate Judge



---

[3] Crew members' country of origin are embossed on their name tags which are affixed to their uniforms. The country is written in small font below the crew member's name and ship assignment.